| | |
|---|---|
| 1 | David R. Shane, Esq. [SBN: 109890] |
| | Robert J. Taitz, Esq. [SBN: 168334] |
| 2 | SHANE & TAITZ |
| | 1000 Drakes Landing Road, Suite 200 |
| 3 | Greenbrae, California 94904-3027 |
| | Telephone: 415/464-2020 |
| 4 | Facsimile: 415/464-2024 |
| 5 | Attorneys for Plaintiff |
| | COMMONWEALTH ANNUITY AND LIFE |
| 6 | INSURANCE COMPANY f/k/a ALLMERICA |
| | FINANCIAL LIFE INSURANCE AND ANNUITY CO. |

*E-filing*

FILED
08 APR -1 AM 11:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N. DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND
LIFE INSURANCE COMPANY f/k/a
ALLMERICA FINANCIAL LIFE
INSURANCE AND ANNUITY CO.,

    Plaintiff,

vs.

JOHN DALESSIO; RITA DALESSIO; and
the DALESSIO FAMILY 2003 TRUST,

    Defendants.

Case No. CV 08 1739 EDL

**Corporate Disclosure Statement**

TO: THE CLERK OF THE UNITED STATES
DISTRICT COURT, SOUTHERN DIVISION
OF THE CENTRAL DISTRICT OF CALIFORNIA:

Plaintiff COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. states, as follows:

    ①     The full and correct name of the party the undersigned counsel represents in this case is Commonwealth Annuity and Life Insurance Company which formerly did business as Allmerica Financial Life Insurance and Annuity Co.

Corporate Disclosure Statement of Commonwealth Annuity and Life
Insurance Company f/k/a/ Allmerica Financial Insurance and Annuity Co.

Page 1

② Commonwealth Annuity and Life Insurance Company is a wholly-owned subsidiary of The Goldman Sachs Group, Inc.. This company has a direct, pecuniary interest in the outcome of this case.

These representations are made to enable the court to evaluate possible disqualification or recusal.

DATED: March 27, 2008

SHANE & TAITZ

By: *[signature]*
David R. Shane
Attorneys for Plaintiff
Commonwealth Annuity
and Life Insurance Company
f/k/a Allmerica Financial
Life Insurance and Annuity Co.