AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

| | |
|---|---|
| Commonwealth Annuity and Life Insurance Company f/k/a Allmerica Financial Life Insurance and Annuity Co. <br> Plaintiff <br> v. <br> John Dalessio; Rita Dalessio; and the Dalessio Family [2003] Trust, <br> Defendant | ) ) ) ) Civil Action No. CV 08 1739 ) ) ) ) |

EDL

**Summons in a Civil Action**

To: \_\_\_\_\_DALESSIO FAMILY [2003] TRUST\_\_\_\_\_
  *(Defendant's name)*

A lawsuit has been filed against you.

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

  David R. Shane, Esq.
  SHANE & TAITZ
  1000 Drakes Landing Road, Suite 200
  Greenbrae, California 94904-3027
  Telephone: 415/464-2020
  Facsimile: 415/464-2024

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court

Date:  APR 1 2008

MARY ANN BUCKLEY

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com

󠀀AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

Commonwealth Annuity and Life
Insurance Company f/k/a Allmerica
Financial Life Insurance and Annuity Co.
    Plaintiff
    v.
John Dalessio; Rita Dalessio;
and the Dalessio Family [2003] Trust,
    Defendant

)
)
)
)
)
)
)

Civil Action No. _____

**EDL**

### Summons in a Civil Action

To:      _____JOHN DALESSIO_____
           *(Defendant's name)*

A lawsuit has been filed against you.

    Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

    David R. Shane, Esq. [SBN: 109890]
    SHANE & TAITZ
    1000 Drakes Landing Road, Suite 200
    Greenbrae, California 94904-3027
    Telephone: 415/464-2020
    Facsimile: 415/464-2024

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

APR  1  '08

Date:  _____

Name of clerk of court

MARY ANN BUCKLEY

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.Forms*Workflow*.com

!AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

E-filing

Commonwealth Annuity and Life
Insurance Company f/k/a Allmerica
Financial Life Insurance and Annuity Co.
  Plaintiff
  v.
John Dalessio; Rita Dalessio;
and the Dalessio Family [2003] Trust,
  Defendant

Civil Action No. _____ 739

EDL

### Summons in a Civil Action

To: _____RITA DALESSIO_____
    *(Defendant's name)*

A lawsuit has been filed against you.

Within <u>20</u> days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are

David R. Shane, Esq. [SBN: 109890]
SHANE & TAITZ
1000 Drakes Landing Road, Suite 200
Greenbrae, California 94904-3027
Telephone: 415/464-2020
Facsimile: 415/464-2024

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING

Name of clerk of court

Date: APR 1 2008

MARY ANN BUCKLEY
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

American LegalNet, Inc.
www.FormsWorkflow.com