1  David R. Shane, Esq. [SBN: 109890]
   Robert J. Taitz, Esq. [SBN: 168334]
2  SHANE & TAITZ
   1000 Drakes Landing Road, Suite 200
3  Greenbrae, California 94904-3027
   Telephone: 415/464-2020
4  Facsimile:  415/464-2024

5  Attorneys for Plaintiff and Counter-Defendant
   COMMONWEALTH ANNUITY AND LIFE INSURANCE
6  COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE
   AND ANNUITY CO.,

7

8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 COMMONWEALTH ANNUITY AND
   LIFE INSURANCE COMPANY f/k/a
12 ALLMERICA FINANCIAL LIFE                Case No. CV 08 1739 EDL
   INSURANCE AND ANNUITY CO.,
13
            Plaintiff,
14
       vs.
15                                         **JOINT RULE 26(F) REPORT**
   JOHN DALESSIO; RITA DALESSIO; and
16 the DALESSIO FAMILY 2003 TRUST,         Date     :  July 1, 2008
                                           Time     :  9:00 a.m.
17          Defendants.                    Courtroom :  790
   _____
18
   JOHN DALESSIO; RITA DALESSIO and the
19 DALESSIO FAMILY (2003) TRUST,

20          Counter-Claimants,
       vs.
21
   COMMONWEALTH ANNUITY AND LIFE
22 INSURANCE COMPANY f/k/a ALLMERICA
   FINANCIAL LIFE INSURANCE AND ANNUITY
23 COMPANY, a Delaware corporation; DAVID
   SHANE, an individual; VAUGHN R. WALKER,
24 an individual; ANN SPARKMAN, an individual;
   and DOES 1 through 20,
25
            Counter-Defendants.
26
   _____
27

28

---

Rule 26 Statement (unilateral)                                         Page 1

Plaintiff and Counter Defendant COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO. ("Allmerica") for itself alone hereby submit this Rule 26(f) Report as follows:

A.  F.R.C.P. Rule 26(f)(1)

Despite numerous calls to Mr. Dalessio Allmerica has not been able to contact Mr. Dalessio to discuss any aspect of this matter. Allmerica has received neither disclosures nor documents from him.

Allmerica is making its initial disclosures of witnesses and documents concurrent with this report.

B.  F.R.C.P. Rule 26(f)(2)

Allmerica intends to take the deposition of Dalessio to ascertain the substance of any allegations. Allmerica will then move for summary judgment to force payment of the settlement agreement and to dismiss the counter claim.

Allmerica does not know what discovery Dalessio intends to do.

Allmerica suggest a discovery cut off date of February 28, 2009. and does not believe that discovery phases are necessary.

C.  F.R.C.P. Rule 26(f)(3)

None.

D.  F.R.C.P. Rule 26(f)(4)

None.

E.  Proposed Dates

The parties propose the following dates:

| | |
|---|---|
| Discovery Cut-Off | February 28, 2009 |
| Motion Cut-Off | March 28, 2009 |
| Pre-Trial Conference | May 2009 |
| Trial Date | June 2009 |

F.  Discovery Matters

Allmerica does not believe that discovery phases are necessary.

G. <u>Trial Estimate</u>

Allmerica estimates a three (3) day trial.

H. <u>Settlement Efforts To Date</u>

There have been no settlement discussions to date. Allmerica has been unable to communicate with Dalessio.

I. <u>Complex Cases</u>

Allmerica does not believe that this is a complex case.

J. <u>Additional Parties</u>

Dalessio has not served the other cross defendants except for Allmerica.

K. <u>Dispositive Motions</u>

Allmerica intends to file a motion for summary judgment based on the terms of the settlement.  Allmerica also intends to file a motion for summary judgment based on res judicata and collateral estoppel.

L. <u>Unusual Legal Issues</u>

Allmerica does not believe that this case presents any unusual legal issues.

M. <u>Severance, Bifurcation and Order of Proof</u>

Allmerica does not believe that this case requires severance, bifurcation or other ordering of proof.

DATED: June 25, 2008

SHANE & TAITZ

By: /s/ David R. Shane
David R. Shane
Attorneys for Plaintiff/Counter-Defendant COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO.

# PROOF OF SERVICE BY MAIL

**<u>Commonwealth Annuity, etc. vs. Dalessio, et al</u>.**

   I declare that I am employed in the County of Marin, State of California. I am over eighteen years and not a party to the within cause; my business address is Shane & Taitz, 1000 Drakes Landing Road, Suite 200, 2nd Floor, Greenbrae, California 94904-3027.

   On June 25, 2008, I served upon the interested party/parties hereto the within document, described as:

**JOINT RULE 26(F) REPORT**
**[Unilateral]**

by enclosing said document in a sealed envelope at Greenbrae, California. I am readily familiar with the firm's practice of collection and processing of items for mailing. Under that practice, each item is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Greenbrae, California, during the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation/meter date is more than one day after date of deposit for mailing in affidavit. The item mailed is addressed, as follows:

**<u>Refer to Attached Service List</u>**

   I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

   This declaration was executed on June 25th, 2008 at Greenbrae, California.

                /s/  Molly B. Libbey
                _____
                Molly B. Libbey

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SERVICE LIST

**Commonwealth Annuity, etc. vs. Dalessio, et al**.

Defendants and Counter-Claimants

JOHN DALESSIO
16 Via Las Encinas
Carmel Valley, California 93924-9449

RITA DALESSIO
16 Via Las Encinas
Carmel Valley, California 93924-9449

DALESSIO FAMILY [2003] TRUST
16 Via Las Encinas
Carmel Valley, California 93924-9449