IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY, | No. C-08-01739 EDL |
| Plaintiff, | **ORDER PURSUANT TO LOCAL RULE 3-12(c)** |
| v. | |
| JOHN DALESSIO, | |
| Defendant. | |
| and related counterclaims. | |

In this case, Plaintiffs allege that Defendants have breached a Settlement Agreement and General Release entered into by the parties in connection with an earlier case, Allmerica Financial Life Ins. and Annuity Co. v. John Dalessio, C-96-385 VRW on or about November 30, 2006. Because it appears that this case may be related to the previous case filed before the Honorable Vaughn R. Walker, pursuant to Civil Local Rule 3-12(c), this Court hereby refers this case to Judge Walker to determine whether the cases are related.

**IT IS SO ORDERED.**

Dated: July 1, 2008

_Elizabeth D. Laporte_
ELIZABETH D. LAPORTE
United States Magistrate Judge