# In the United States District Court
## for the Northern District of California
### Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date:   July 1, 2008

Case No:  **C-08-01739 EDL**

Case Name:  **COMMONWEALTH ANNUITY v. JOHN DALESSIO, et al**

    Attorneys:   Pltf:  David Shane    Deft: No appearance

    Deputy Clerk:  Lili M. Harrell    FTR Digital Recorder: 10:56am - 10:59am
    (Time: 03 min)

**PROCEEDINGS:**
    Initial Case Management Conference - not held

**ORDERED AFTER HEARING:**

**Order to be prepared by:**  [] Plntf  [] Deft  []  Court

**Case continued to:** 8/12/08 at 10:00am for Case Management Conference

Notes:   Order issued pursuant to Civil Local Rule 3-12 (c)  referring case to Judge Vaughn Walker for determination if case is related to C96-0385 VRW.

cc: