1  David R. Shane, Esq. [SBN: 109890]
   Robert J. Taitz, Esq. [SBN: 168334]
2  SHANE & TAITZ
   1000 Drakes Landing Road, Suite 200
3  Greenbrae, California 94904-3027
   Telephone: 415/464-2020
4  Facsimile: 415/464-2024

5  Attorneys for Plaintiff and Counter-Defendant
   COMMONWEALTH ANNUITY AND LIFE INSURANCE
6  COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE
   AND ANNUITY CO.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO., <br><br> Plaintiff, <br><br> vs. <br><br> JOHN DALESSIO; RITA DALESSIO; and the DALESSIO FAMILY 2003 TRUST, <br><br> Defendants. <br>_____<br> JOHN DALESSIO; RITA DALESSIO and the DALESSIO FAMILY (2003) TRUST, <br><br> Counter-Claimants, <br> vs. <br><br> COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY COMPANY, a Delaware corporation; DAVID SHANE, an individual; VAUGHN R. WALKER, an individual; ANN SPARKMAN, an individual; and DOES 1 through 20, <br><br> Counter-Defendants. <br>_____ | Case No. CV 08 1739 EDL <br><br> **PLAINTIFF'S CMC STATEMENT** <br><br> Date      :   August 14, 2008 <br> Time      :   3:30 p.m. <br> Courtroom :   Judge Vaughn Walker |

1  Plaintiff and Counter Defendant COMMONWEALTH ANNUITY AND LIFE
2  INSURANCE COMPANY f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY
3  CO. ("Allmerica") for itself alone hereby submit this Case Management Conference
4  Statement:
5  Despite numerous calls to Mr. Dalessio Allmerica has not been able to contact
6  Mr. Dalessio to discuss any aspect of this matter. Allmerica has received neither disclosures
7  nor documents from him.
8  Once communication is established to insure that the deposition can proceed,
9  Allmerica intends to take the deposition of Dalessio to ascertain the substance of any
10  allegations. Allmerica will then move for summary judgment to force payment of the
11  settlement agreement and to dismiss the counter claim.
12  Allmerica has not heard from Dalessio and does not know what the status of
13  Mr. Dalessio's position.

DATED: August 12, 2008

SHANE & TAITZ

By: /s/ David R. Shane
_____
David R. Shane
Attorneys for Plaintiff/Counter-
Defendant COMMONWEALTH
ANNUITY AND LIFE INSURANCE
COMPANY f/k/a ALLMERICA
FINANCIAL LIFE INSURANCE
AND ANNUITY CO.

# PROOF OF SERVICE BY MAIL

**<u>Commonwealth Annuity, etc. vs. Dalessio, et al</u>**.

I declare that I am employed in the County of Marin, State of California. I am over eighteen years and not a party to the within cause; my business address is Shane & Taitz, 1000 Drakes Landing Road, Suite 200, 2nd Floor, Greenbrae, California 94904-3027.

On August 12, 2008, I served upon the interested party/parties hereto the within document, described as:

### Plaintiff's CMC Statement

by enclosing said document in a sealed envelope at Greenbrae, California. I am readily familiar with the firm's practice of collection and processing of items for mailing. Under that practice, each item is deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Greenbrae, California, during the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation/meter date is more than one day after date of deposit for mailing in affidavit. The item mailed is addressed, as follows:

### <u>Refer to Attached Service List</u>

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct.

This declaration was executed on August 12th, 2008 at Greenbrae, California.

                                            /s/    Molly B. Libbey
                                                 Molly B. Libbey

# SERVICE LIST

**Commonwealth Annuity, etc. vs. Dalessio, et al**.

Defendants and Counter-Claimants

JOHN DALESSIO
16 Via Las Encinas
Carmel Valley, California 93924-9449

RITA DALESSIO
16 Via Las Encinas
Carmel Valley, California 93924-9449

DALESSIO FAMILY [2003] TRUST
16 Via Las Encinas
Carmel Valley, California 93924-9449