**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY AND LIFE INSURANCE CO fka Allmerica Financial Life Ins and Annuity, | No.  C 08-1739  VRW |
| Plaintiff, | **CLERK'S NOTICE** |
| v. | |
| JOHN DALESSIOm et al., | |
| Defendant. | |

(Plaintiff is required to serve a copy of this notice, and file proof of service with the Court, on any party not appearing on the Notice of Electronic Filing  and/or the attached Certificate of Service)

YOU ARE NOTIFIED THAT due to defendants' failure to appear in person at the  Case Management Conference scheduled for August 14, 2008 in this case, the conference  has been **continued to September 18,  2008 at 3:30 p.m.**  To prepare for the conference, the parties shall review and comply in all respects with the requirements of Civil L.R. 16-9 & L.R. 16-10.  A joint case management  statement must be filed one week prior to the conference.  Please report to Courtroom #6, on the 17th floor at 450 Golden Gate Avenue, San Francisco, California. Parties requesting a continuance shall submit a stipulation and proposed order. If parties are unable to reach a stipulation, the requesting party shall submit an exparte application with a proposed order.

Dated:  August 15, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

By: *Cora Klein*
Courtroom Deputy Clerk to Judge Vaughn R Walker

email: cora_delfin-klein@cand.uscourts.gov