```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


COMMONWEALTH ANNUITY LIFE              No   C 08-1739 VRW
INSURANCE COMPANY, formerly
known as ALLMERICA FINANCIAL
LIFE INSURANCE AND ANNUITY CO,              ORDER OF RECUSAL

          Plaintiff,

          v

JOHN DALESSIO,

          Defendant,
_____

JOHN DALESSIO, RITA DALESSIO,
and DALESSIO FAMILY 2003 TRUST,

          Counterclaimants,

          v

COMMONWEALTH ANNUITY LIFE
INSURANCE COMPANY, formerly
known as ALLMERICA FINANCIAL
LIFE INSURANCE AND ANNUITY CO;
DAVID SHANE; VAUGHN R WALKER;
ANN SPARKMAN and DOES 1-20,

          Counter-defendants.
_____/
```

   TO ALL PARTIES AND COUNSEL OF RECORD:

          I, the undersigned judge of the court, finding myself disqualified in the above-entitled action, see 28 USC § 455(b)(5)(i), hereby recuse myself from this case and request that the case be reassigned pursuant to the provisions of paragraph E.2

of the Assignment Plan.

All pending dates of motions, case management conferences and trial are hereby vacated and will be reset by the newly assigned judge.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge