UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN DALESSIO et al,<br><br>    Defendant.<br>_____/ | Case Number: CV08-01739 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert J. Taitz - enotified
David Russell Shane - enotified
Shane & Taitz
1000 Drakes Landing Road, Suite 200
Greenbrae, CA 94904-3027


 Dalessio Family 2003 Trust
John Dalessio
16 Via Las Encinas
Carmel Valley, CA 93924

Rita Dalessio
16 Via Las Encinas
Carmel Valley, CA 93924


Dated: August 18, 2008

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*