IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND LIFE
INSURANCE COMPANY,

    Plaintiff,

  v.

JOHN DALESSIO, et al.,

    Defendants.
                                            /

No. C 08-1739 CW

ORDER DISCHARGING
ORDER TO SHOW CAUSE

    The Court's order that Defendants show cause why default should not be entered against them is hereby discharged. The parties shall forthwith schedule another settlement conference with Magistrate Judge Larson. Defendants are ordered to review the case management order (Docket No. 23) to ensure that no future deadlines will be mistaken. Defendants' failure to appear at the settlement conference or at any future hearing or other court event may be grounds for sanctions, including entry of default and dismissal of their counterclaims. If Plaintiff seeks sanctions for Defendants' failure to appear at the first settlement conference, it must move for appropriate relief.

    IT IS SO ORDERED.

Dated: 3/10/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY et al,

    Plaintiff,

v.

DALESSIO et al,

    Defendant.

Case Number: CV08-01739 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dalessio Family 2003 Trust
John Dalessio
Rita Dalessio
16 Via Las Encinas
Carmel Valley, CA 93924

Dated: March 10, 2009

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk