IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY, f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO.,

    Plaintiff,

  v.

JOHN DALESSIO; RITA DALESSIO; and the DALESSIO FAMILY 2003 TRUST,

    Defendants.
_____/

No. C 08-1739 CW

ORDER STRIKING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (Docket No. 40)

    Plaintiff's motion for summary judgment is contrary to the Court's order of April 29, 2009 and is therefore stricken. Plaintiff must adhere to the briefing schedule contained in that order.

    IT IS SO ORDERED.

Dated: 5/1/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY et al, | Case Number: CV08-01739 CW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DALESSIO et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 1, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Dalessio
Rita Dalessio
16 Via Las Encinas
Carmel Valley, CA 93924

Dated: May 1, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk

2