IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY, f/k/a ALLMERICA FINANCIAL LIFE INSURANCE AND ANNUITY CO.,

    Plaintiff,

  v.

JOHN DALESSIO; RITA DALESSIO; and the DALESSIO FAMILY 2003 TRUST,

    Defendants.

No. C 08-1739 CW

ORDER STRIKING PLAINTIFF'S NOTICE OF HEARING (Docket No. 44)

    The "notice of hearing on cross-motion of Plaintiff for summary judgment" is contrary to the Court's order of April 29, 2009 and is therefore stricken.  As stated in that order, Plaintiff must file a single brief that both: 1) opposes Defendants' motion for summary judgment by responding to the arguments contained therein; and 2) provides notice of and arguments in support of its cross-motion for summary judgment.  Plaintiff may not incorporate by reference its previous motion for summary judgment, which was also stricken by the Court as contrary to the April 29 order.

    IT IS SO ORDERED.

Dated: 5/13/09

_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMONWEALTH ANNUITY AND LIFE INSURANCE COMPANY et al,<br><br>            Plaintiff,<br><br>  v.<br><br>DALESSIO et al,<br><br>            Defendant. | Case Number: CV08-01739 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


John  Dalessio
Rita  Dalessio
16 Via Las Encinas
Carmel Valley,  CA 93924


Dated: May 13, 2009

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk