1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                              No. C 08-1739 CW

9  COMMONWEALTH ANNUITY AND LIFE
   INSURANCE COMPANY, f/k/a ALLMERICA
10 FINANCIAL LIFE INSURANCE AND ANNUITY         ORDER DISMISSING
   CO.,                                         DEFENDANT'S
11                                              OUTSTANDING CLAIMS
              Plaintiff,
12
       v.
13
   JOHN DALESSIO; RITA DALESSIO; and the
14 DALESSIO FAMILY 2003 TRUST,

15            Defendants.
   _____/
16

17

18        On July 20, 2009, the Court ordered Defendant John Dalessio to

19 file within ten days proof of service of the summons and complaint

20 on David Shane and Ann Sparkman, or to show cause within ten days

21 why failure to serve these third-party Defendants within the time

22 period provided by Rule 4(m) of the Federal Rules of Civil

23 Procedure should be excused.  Defendant did not make either of

24 these filings within ten days.  Accordingly, Defendant's claims

25 against Shane and Sparkman are DISMISSED for failure to prosecute.

26        Plaintiff shall, within five days of the date of this order,

27 submit a proposed judgment disposing of all claims in conformance

28 with this order and the Court's order of July 20 ruling on the

**United States District Court**
For the Northern District of California

parties' cross-motions for summary judgment.  If Defendant wishes to object to the form of the order, he must file his objections within three days after the proposed judgment is filed.

Plaintiff may move for an award of attorneys' fees after judgment has entered.

IT IS SO ORDERED.

Dated: 8/6/09

_____
CLAUDIA WILKEN
United States District Judge

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

COMMONWEALTH ANNUITY AND LIFE
INSURANCE COMPANY et al,                    Case Number: CV08-01739 CW

                Plaintiff,                  **CERTIFICATE OF SERVICE**

    v.

DALESSIO et al,

                Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John  Dalessio
16 Via Las Encinas
Carmel Valley,  CA 93924

Dated: August 6, 2009

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk